JACOB MARYANOV, Respondent, v. MONARCH ACCIDENT INSURANCE COMPANY, Appellant.— Order granting plaintiff's motion for summary judgment and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, upon the ground that an issue of fact is presented for trial, whether or not plaintiff, within the language of the policy, and the proofs shown by the affidavits, suffered a total disability. Appeal from order denying motion for a rehearing, misnamed " Motion for reargument," dismissed. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

OTTO E. MILLER, Respondent, v. FRED W. SMYTHE, Appellant.— Order of the Appellate Term affirming judgment of the City Court of the City of New York, county of Queens, reversed on the law and the facts, said judgment of the City Court reversed, and complaint dismissed, with costs in all courts, upon the ground that the evidence established, without substantial contradiction, that Dietrich's use of the car at the time of the accident was without the permission, express or implied, of the defendant. Young, Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm on the ground that there was proof that Dietrich had implied permission of defendant to operate the car.

PHILIP J. OREMLAND and LOUIS A. DRUSS, Respondents, v. RAYMOND M. GOLDEN, Appellant.— Order of the County Court of Westchester county affirming final order of the City Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

PEOPLES STATE BANK OF BALDWIN, Appellant, v. PETER J. KEOGAN, Defendant, and MARY M. KEOGAN, Respondent. (Appeal No. 1.)— Order denying plaintiff's motion to strike out answer of defendant Mary M. Keogan and for judgment on the pleadings affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

PEOPLES STATE BANK OF BALDWIN, Appellant, v. PETER J. KEOGAN, Respondent, and MARY M. KEOGAN, Defendant. (Appeal No. 2.) — Order denying plaintiff's motion to dismiss counterclaim of defendant Peter J. Keogan and for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE DAVID HOLDING CORPORATION and HERMAN BARUTH, Appellants, v. HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Created by Chapter 503 of the Laws of 1916, Respondents.* — Order dismissing certiorari and confirming determination of the board of standards and appeals unanimously affirmed, with costs, on the opinion of STEINBRINK, J., at Special Term. [Reported in 150 Misc. 697.] Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HENRY F. RICHARDSON, Respondent, v. JOSEPH F. NEE, Appellant.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. Order dated May 26, 1933, denying defendant's motion for a continuance, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.